UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


FREDERICK SUMMEY,                    )
                                     )
            Petitioner,              )
                                     )
        v.                           )       No. 4:06CV01741 TCM
                                     )
JOSEPH GUNJA,                        )
                                     )
            Respondent.              )

**MEMORANDUM AND ORDER**

        This matter is before the Court upon the motion of

Frederick Summey, an inmate presently confined at the Medical

Center for Federal Prisoners located in in Springfield, Missouri

(MCFP-Springfield), for leave to commence this action without

payment of the filing fee [Doc. #2].  Also before the Court is

Summey's motion to appoint counsel [Doc. #3].  Based on the

information provided with the motion to proceed in forma

pauperis, petitioner will be granted leave to proceed in forma

pauperis.

**The petition**

        Petitioner asserts that he was "sentenced for

violations of the Federal Criminal Code to a term of Life Without

Parole on February 7, 1989."  The petition does not state in

which federal court petitioner was convicted.  A review of this

Court's records indicate that the conviction did not occur in

1

this Court. Petitioner further asserts that he has been denied
due process of law in connection with an application for
"Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)."
Specifically, petitioner appears to assert that he has been
denied the opportunity to present a request for a motion for
"compassionate release" under 18 U.S.C. § 3582(c)(1)(A) to the
Warden at MCFP-Springfield.

## Discussion

The instant petition for a writ of habeas corpus
pursuant to 28 U.S.C. § 2241 should be dismissed. Under the law
of this Circuit, habeas corpus jurisdiction under § 2241 requires
that the district court have jurisdiction over petitioner's
custodian. See e.g. Braden v. Thirtieth Judicial Circuit Court,
410 U.S. 484, 495 (1973); Lee v. United States, 501 F.2d 494, 501
(8th Cir. 1974). Both petitioner and his custodian are at the
MCFP-Springfield. Neither petitioner nor his custodian are
within the territorial jurisdiction of this Court. Therefore,
the instant action should be dismissed.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that petitioner's motion to
proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue
process or cause process to issue upon the petition because it
will be dismissed.

**IT IS FURTHER ORDERED** that petitioner's motion to appoint counsel [Doc. #3] is **DENIED** as moot.

An appropriate order shall accompany this memorandum and order.

So Ordered this 30th Day of March, 2007.

_E. Richard Webber_

**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**